# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Danielle Loren Rutiz,

Plaintiff,

v.

Frank J. Bisignano,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 2:26-cv-03538-MWC-PD

**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FOUR THOUSAND ONE HUNDRED EIGHTY SEVEN AND 00/100 ($4,187.00) as authorized by 28 U.S.C. § 2412 ), and costs in the amount of FOUR HUNDRED AND FIVE dollars ($405.00) under 28 U.S.C. §1920. be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: November 04, 2026

Patricia Donahue

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE